IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YOLANDA BEASLEY,<br>RONNI BEASLEY, a minor, by<br>and through her next friend,<br>YOLANDA BEASLEY and<br>RONALD BEASLEY, JR., a minor,<br>by and through his next friend,<br>YOLANDA BEASLEY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROBERT PIEKUTOWSKI<br>and<br>KEITH KIERZKOWSKI,<br><br>　　　　Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Cause No. 4:02cv00823 ERW<br><br>**Plaintiff Demands Trial by Jury** |

## MOTION TO INTERVENE AS PLAINTIFF

COMES NOW Applicant for Intervention, Louise Beasley, mother of Ronald Beasley, decedent, by and through her undersigned counsel, and pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, moves for leave to intervene as a Party Plaintiff in this action, in order to assert the claims set forth in her Complaint attached hereto and incorporated herein by reference as Exhibit 1. Applicant asserts this right on the statutory and constitutional grounds as pleaded in Exhibit 1.

Further, Applicant, Louise Beasley, claims an interest in this litigation as she is so situated that the disposition of the action may, as a practical matter impair or impede Applicant's ability to protect her interest, and that of Ronald Beasley, deceased, and that Applicant's interest is not adequately represented by existing parties.

359864 WPD;

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 07/17/02 by mberg
                4:02cv823    Beasley vs Piekutowski

42:1983 Civil Rights Act

```
Michael Corrigan -   2878          Fax: 314-621-2868
Gary Growe -  9255                 Fax: 314-863-9388
Robert Isaacson -   33327          Fax: 314-436-2515
Bradford Kessler -   9285          Fax: 314-862-1717
Stephen Ryals -  10602             Fax: 314-862-8845
Eric Schmitt -   102010            Fax: 314-863-9388
```

SCANNED & FAXED BY:

JUL 17 2002

GNB