
RECEIVED
BY MAIL
OCT 15 2002
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

FILED
OCT 17 2002
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| YOLANDA BEASLEY<br>and<br>RONNI BEASLEY, a minor, by and<br>through her next friend,<br>YOLANDA BEASLEY,<br>and<br>RONALD BEASLEY, JR., a minor, by<br>and through his next friend,<br>YOLANDA BEASLEY,<br><br>    Plaintiffs,<br><br>and<br><br>LOUISE BEASLEY,<br><br>    Party Plaintiff,<br><br>vs.<br><br>ROBERT PIEKUTOWSKI and<br>KEITH KIERZKOWSKI,<br><br>    Defendants. | Leave to file<br>granted<br>10/17/02<br>s/ Richard Webber<br><br>4:02CV00823ERW<br>DEFENDANT DEMANDS<br>TRIAL BY JURY |

### FIRST AMENDED ANSWER OF DEFENDANT PIEKUTOWSI TO PLAINTIFFS YOLANDA BEASLEY, RONNI BEASLEY AND RONALD BEASLEY, JR.'S COMPLAINT

COMES NOW defendant Robert Piekutowski (hereinafter "Answering Defendant"), pursuant to Fed.R.Civ.P. 15(a) and with the written consent of plaintiffs' counsel, and for his First Amended Answer to the Complaint filed by Yolanda Beasley, Ronni Beasley and Ronald Beasley, Jr. (hereinafter "Complaint"), states and alleges to the Court as follows:

#36

{00103003.DOC; 1}

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/18/02 by gfreeman
4:02cv823     Beasley vs Piekutowski

42:1983 Civil Rights Act

| | |
|---|---|
| David Baker - | Fax: 816-474-7346 |
| Michael Corrigan -   2878 | Fax: 314-621-2868 |
| Gary Growe -    9255 | Fax: 314-863-9388 |
| Robert Isaacson -   33327 | Fax: 314-436-2515 |
| Bradford Kessler -    9285 | Fax: 314-862-1717 |
| Stephen Ryals -   10602 | Fax: 314-862-8845 |
| Eric Schmitt -   102010 | Fax: 314-863-9388 |

Susan Thies -
Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 888
Washington, DC  20044

SCANNED & FAXED BY·

OCT 1 8 2002

KH