UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 22 2003
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

YOLANDA BEASLEY, et al., )
)
Plaintiffs, )
)
vs. ) Case No. 4:02CV00823 ERW [consolidated
) with 4:02CV01463 SNL]
ROBERT PIEKUTOWSKI, et al., )
)
Defendants. )

## ORDER

On August 12, 2003, this Court issued an order denying Defendant Keith Kierzkowski's Motion to Dismiss Count One of each Complaint, but dismissed Count Three of each Complaint. In that same order, the Court dismissed Count Two of the original plaintiffs' Complaint against the United States for lack of subject matter jurisdiction, but declined to dismiss Count Two of Intervenor Plaintiff Louise Beasley's Complaint on the same grounds.

Count II of Intervenor Plaintiff Louise Beasley's Complaint is brought under the Federal Tort Claims Act. The United States is the proper party defendant for that claim, *see* 28 U.S.C. § 2679(d)(1), but Defendant Kierzkowski has advised the Court that it has not formally dismissed Count II against him and substituted the United States of America as the defendant for that Count.

Therefore,

**IT IS HEREBY ORDERED** that Defendant Kierzkowski's Motion to Dismiss Count Two of Intervenor Louise Beasley's Complaint [doc. # 79] is **GRANTED** .

**IT IS FURTHER ORDERED** that the United States of America shall be substituted as the proper party defendant for Count Two of Intervenor Louise Beasley's Complaint.

Dated this 22 day of September, 2003.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

#93

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/23/03 by cliddy
               4:02cv823     Beasley vs Piekutowski

42:1983 Civil Rights Act

| Name | Fax |
|---|---|
| David Baker - | Fax: 913-339-6187 |
| Michael Corrigan - 2878 | Fax: 314-621-2868 |
| David Dickson - 64760 | Fax: 314-621-8843 |
| Gary Growe - 9255 | Fax: 314-863-9388 |
| David Horan - 101754 | Fax: 314-918-7477 |
| Robert Isaacson - 33327 | Fax: 314-436-2515 |
| Mark Keersemaker - 111118 | Fax: 314-621-2868 |

Bradford Kessler - 9285
KESSLER AND DIEMER
8000 Bonhomme
Suite 112
Clayton, MO 63105

| Name | Fax |
|---|---|
| Charles Leeper - | Fax: 202-682-1639 |
| Alan Mandel - 12708 | Fax: 314-621-4800 |
| Michael Miner - | Fax: 202-682-1639 |
| Burton Newman - 3939 | Fax: 314-863-4340 |
| Stephen Ryals - 10602 | Fax: 314-862-8845 |
| Eric Schmitt - 102010 | Fax: 314-863-9388 |

Susan Thies -
Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
P.O. Box 888
Washington, DC 20044

Kimberly Ziropoulos -                Fax: 202-616-5200

SCANNED & FAXED BY
SEP 23 2003