UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YOLANDA BEASLEY, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:02CV00823 ERW |
| ) | |
| ROBERT PIEKUTOWSKI, et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-styled action is **DISMISSED with prejudice**.

Dated this 21st day of June, 2005.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE